1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALBERT DYTCH,

        Plaintiff,

  v.

MAXINE and ALVIN SATAKE, et al.,

        Defendants.
_____/

No. C-09-0490 MMC

**ORDER DIRECTING PARTIES TO FILE SETTLEMENT AGREEMENT**

Before the Court is the parties' "Stipulation to Dismissal," filed April 30, 2009, by which the parties stipulate to dismissal of the above-titled action with prejudice in accordance with a settlement agreement.[1]  The parties further stipulate and request that the Court retain jurisdiction over the action for eighteen months for purposes of enforcing the terms of the settlement agreement.  The parties, however, have failed to submit a copy of their settlement agreement.

//

_____

[1]Plaintiff, who electronically filed the stipulation, did not provide the Court with a chambers copy thereof.  For future reference, plaintiff is reminded of the following provision in the Court's Standing Orders:  "In all cases that have been assigned to the Electronic Case Filing Program, the parties are required to provide for use in chambers one paper copy of each document that is filed electronically.  The paper copy of each such document shall be delivered no later than noon on the day after the document is filed electronically. The paper copy shall be marked 'Chambers Copy' and shall be delivered to the Clerk's Office in an envelope clearly marked with the judge's name, case number, and 'E-Filing Chambers Copy.'"

1    Accordingly, the parties are hereby DIRECTED to file, no later than May 15, 2009, a

2    copy of their settlement agreement.

3    **IT IS SO ORDERED.**

4

5    Dated:  May 7, 2009

6    MAXINE M. CHESNEY
     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          2